UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YERALD BALGOBIN LARA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/12/2024

23 Cr. 241-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for December 16, 2024, is ADJOURNED *sine die*.

SO ORDERED.

Dated: December 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge