USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YERALD BALGOBIN LARA,

Defendant.

**ORDER**

**23 Cr. 241-1 (AT)**

WHEREAS, with the Defendant's consent, the Defendant's guilty plea allocution was made before a United States Magistrate Judge on December 10, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that the Defendant's sentencing shall be held on **Monday, April 21, 2025**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York, 10007.  By **March 31, 2025**, the Defendant shall file his sentencing submission.  By **April 7, 2025**, the Government shall file its sentencing submission.

Dated: January 29, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge